1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL J MCKENNA, | CASE NO. C21-5038 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOME DEPOT USA INC, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Parties' Confidentiality Stipulation and Protective Order. (Dkt. No. 14.) The Court declines to sign the Stipulation for two reasons. First, the Parties have not certified that they have met and conferred as required by Local Rule 26(c)(1). Second, the Parties have not conformed the proposed protective order to track the requirements of Local Rule 5(g) for filing materials under seal. Should the Parties wish to renew their motion, the Parties must ensure that the proposed protective order requires compliance with the filing procedures of

Local Rule 5(g). The Court also encourages the Parties to review Local Rule 26(c)(2) and to consider using the Model Protective Order as suggested by that Rule.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 16, 2021.

        Ravi Subramanian
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk

MINUTE ORDER - 2